October 31, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ALIEF INDEPENDENT SCHOOL DISTRICT, DAN TURNER AND HENRY BONAPARTE, Appellants

NO. 14-12-00532-CV                                V.

TROY PERRY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Troy Perry, signed May 7, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Alief Independent School District, Dan Turner and Henry Bonaparte, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.